## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 1:04-00008 |
| | ) | Judge Trauger |
| | ) | |
| JOHNNY LEE AMOS | ) | |

### O R D E R

It is hereby **ORDERED** that a hearing shall be held on the Petition to Revoke Supervision on Friday, July 6, 2012, at 2:00 p.m.

It is so **ORDERED**.

ENTER this 20th day of June 2012.

_____
ALETA A. TRAUGER
U.S. District Judge