IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:04-00008 |
| v. ) | Aleta A. Trauger |
| ) | Judge, U.S. District Court |
| JOHNNY LEE AMOS ) | |

ORDER

This case came before the Court on a petition seeking revocation of the defendant's supervised release. The defendant admitted the violations as amended.

IT IS HEREBY ORDERED that as a condition of supervised release the defendant shall remain a resident of Diersen Charities for a period of six (6) months. The defendant shall remain incarcerated until such time as bed space becomes available for him at Diersen Charities. Upon completion of the six month period of supervised release at Diersen Charities, the defendant will be discharged from further supervised release. Conditions of supervised release previously imposed shall remain in effect while the defendant is confined at Diersen Charities, and the defendant shall take his medicine as prescribed by the physician.

This the 24th day of July, 2012.

_____
ALETA A. TRAUGER
Judge, United States District Court