**Motion GRANTED.**
*[signature: Aleta A. Trauger]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:04-00008 |
| v. ) | Aleta A. Trauger |
| ) | Judge, U.S. District Court |
| JOHNNY LEE AMOS ) | |

## MOTION TO BE DISCHARGED FROM FURTHER SUPERVISED RELEASE

Comes Johnny Lee Amos, through counsel, and requests that he be discharged from further supervised release. As grounds for this motion, counsel states that Mr. Amos has completed the six month period of supervised release at Diersen Charities pursuant to this Court's order of July 24, 2012 (D.E. 93) which states that upon completion of this condition, he will be discharged from further supervised release.

Respectfully Submitted,

s/ C. Douglas Thoresen
C. DOUGLAS THORESEN
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203-3805
(615) 736-5047

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2013, I electronically filed the foregoing *Motion to be Relieved of Further Supervised Release* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Hilliard H. Hester, III, Assistant United States Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, Tennessee 37203.

s/ C. Douglas Thoresen
C. DOUGLAS THORESEN